*E-Filed: April 10, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C METALS, INC., | No. C11-00717 HRL |
| Plaintiff, | **ORDER SETTING APRIL 28, 2015 STATUS CONFERENCE** |
| v. | |
| ANDERSON PACIFIC ENGINEERING CONSTRUCTION, INC.; et al., | |
| Defendants. | |

In May 2011, the parties stipulated to stay this action in order to pursue alternative dispute resolution. The Court ordered the parties to complete the ADR process in eleven months and to notify the Court when a final award was entered in the arbitration. Dkt. No. 11.

The parties have not notified the Court of the status of the arbitration. Accordingly, a status conference is set for April 28, 2015, at 1:30 p.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall submit a status report by April 21, 2015. The status report shall indicate the status of the arbitration.

**IT IS SO ORDERED.**

Dated: April 10, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C11-00717 HRL Notice will be electronically mailed to:**

2 | Brian Michael Junginger     bmj@mcinerney-dillon.com

3 | Mark Steven Sandberg     msandberg@elliottandelliott.com, jyamamoto@elliottandelliott.com

4 | Timothy Lenane McInerney     sf@mcinerney-dillon.com

5 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**