*E-Filed: April 28, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C METALS, INC., | No. C11-00717 HRL |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| ANDERSON PACIFIC ENGINEERING CONSTRUCTION, INC., | |
| Defendant. | |

A status conference was held on April 28, 2015. At the status conference, the parties stipulated that Plaintiff dismisses this action without prejudice in exchange for a waiver of fees and costs by Defendant. Accordingly, this action is dismissed without prejudice. Fees and costs are waived by Defendant.

**IT IS SO ORDERED.**

Dated: April 28, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00717 HRL** N**otice will be electronically mailed to:**

Brian Michael Junginger     bmj@mcinerney-dillon.com

Mark Steven Sandberg     msandberg@elliottandelliott.com, kmcquillin@elliottandelliott.com

Thomas A Elliott     kmcquillin@elliottandelliott.com

Timothy Lenane McInerney     tlm@mcinerney-dillon.com, sf@mcinerney-dillon.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**